AO 442

FBI No. 1535650

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

JIMMY LOWELL ROBERTS

**WARRANT FOR ARREST**

FILED 2008 JUL -9 AM
CLERK US DC
SOUTHERN DISTRICT OF CALIFORNIA

CASE NUMBER: '08 MJ 2012

—DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Jimmy Lowell ROBERTS__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense)

Bank Robbery

DATE 7/7/08
ARRESTED BY FBI-S.D.
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY [signature]

2008 JUL -2 A 11:3
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

In violation of Title __18__ United States Code, Section(s) __2113__

**BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**
Name of Issuing Officer

Title of Issuing Officer

**SAN DIEGO, CALIF.**    7/1/08

Signature of Deputy

Date and Location

Bail fixed at $ __To Be Determined At First Appearance__ by [signature] The Honorable Barbara L. Major

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II 'J'        FBI        12 11