FILED
08 JUL 23 PM 3:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: KNH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 2433 LAB |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 2113(a) - Bank Robbery |
| JIMMY LOWELL ROBERTS, | |
| Defendant. | |

The grand jury charges:

On or about June 26, 2008, within the Southern District of California, defendant JIMMY LOWELL ROBERTS, by force, violence and by intimidation, did unlawfully take from the person and presence of an employee of Wells Fargo Bank, 3505-B Sports Arena Boulevard, San Diego, California, the sum of approximately $10,000, belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Section 2113(a).

DATED: July 23, 2008.

A TRUE BILL:

*/s/ Foreperson*

KAREN P. HEWITT
United States Attorney

By: */s/*
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:nlv:San Diego
7/22/08