**TIMOTHY R. GARRISON**
California Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Tel: (619) 234-8467 ext. 3722 / Fax: (619) 687-2666
timothy_garrison@fd.org

Attorneys for JIMMY LOWELL ROBERTS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.08CR2433-LAB |
| Plaintiff, ) | DATE: September 2, 2008 |
| v. ) | TIME: 2:00 p.m. |
| JIMMY LOWELL ROBERTS, ) | **MOTION TO SHORTEN TIME** |
| Defendant. ) | |

The above-named defendant, Mr. Hernandez-Curiel, by and through counsel, moves this Court for an order shortening time in the *Motions* to fourteen (14) days, to be heard January 2, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, for the following reasons:

1) Defense counsel preparing appeal in U. S. v. Alejandre-Alcaraz, due on 8/13/08.;

2) Defense counsel preparing for trial in US v. Rios, set for trial on 9/3/08 before WQH.;

3) Defense counsel had familial obligations that prevented him from working on weekend and at night in the beginning of August.

Respectfully submitted,

Dated: August 20, 2008

/s/ *Timothy R. Garrison*
**TIMOTHY R. GARRISON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Roberts
timothy_garrison@fd.org

08CR2433-LAB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT LOWELL ROBERTS,<br><br>        Defendant. | Case No. 08cr2433-LAB<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronically served this day upon:

    **Joseph J.M. Orabona**
    joseph.orabona@usdoj.gov,glory.rascon@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: August 20, 2008                         */s/ Timothy R. Garrison*
                                                             **TIMOTHY R. GARRISON**
                                                             Federal Defenders of San Diego, Inc.
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              E-mail: Timothy_Garrison@fd.org