1  **TIMOTHY R. GARRISON**
   California Bar No. 228105
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Tel: (619) 234-8467 ext. 3722 / Fax: (619) 687-2666
4  timothy_garrison@fd.org

5  Attorneys for JIMMY LOWELL ROBERTS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR2433-LAB |
|---|---|---|
| Plaintiff, | ) | DATE: September 2, 2008 |
| v. | ) | TIME: 2:00 p.m. |
| JIMMY LOWELL ROBERTS, | ) | **AMENDED** |
| Defendant. | ) | **MOTION TO SHORTEN TIME** |

The above-named defendant, Mr. Roberts, by and through counsel, moves this Court for an order shortening time in the *Motions* to fourteen (13) days, to be heard September 2, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, for the following reasons:

1) Defense counsel preparing appeal in U. S. v. Alejandre-Alcaraz, due on 8/13/08.;

2) Defense counsel preparing for trial in US v. Rios, set for trial on 9/3/08 before WQH.;

3) Defense counsel had familial obligations that prevented him from working on weekend and at night in the beginning of August.

Respectfully submitted,

Dated: August 20, 2008

   */s/ Timothy R. Garrison*
   **TIMOTHY R. GARRISON**
   Federal Defenders of San Diego, Inc.
   Attorneys for Mr. Roberts
   timothy_garrison@fd.org

08CR2433-LAB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08cr2433-LAB |
| ) | |
| v. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ROBERT LOWELL ROBERTS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronically served this day upon:

**Joseph J.M. Orabona**
joseph.orabona@usdoj.gov,glory.rascon@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: August 20, 2008              /s/ Timothy R. Garrison
                                    **TIMOTHY R. GARRISON**
                                    Federal Defenders of San Diego, Inc.
                                    225 Broadway, Suite 900
                                    San Diego, CA 92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    E-mail: Timothy_Garrison@fd.org

08CR2433-LAB