UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.08CR2433-LAB |
| Plaintiff, ) | |
| ) | ORDER SHORTENING TIME |
| v. ) | |
| JIMMY LOWELL ROBERTS, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that time for Defendant to file his Motions in this case be shortened, with the Motion Hearing to be held on September 2, 2008 at 2:30 p.m.

**SO ORDERED**.

DATED: August 21, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge